AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MRS. REBECCA PINARIO,              )<br>    Plaintiff,       )<br>                                   )<br>v.                                 )<br>_____)<br>                                   )<br>THE PRUDENTIAL INSURANCE COMPANY   )<br>OF AMERICA,                        )<br>    Defendant.      ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:08-CV-161-F |

**Decision by Court.**

  IT IS ORDERED AND ADJUDGED that pursuant to the court's order of July 23, 2009, the plaintiff's Motion for Judgment pursuant to Rule 52 is hereby ALLOWED and defendant Prudential's Motion for Summary Judgment is DENIED. The parties are DIRECTED to confer on the amount of benefits due to Ms. Pinario under the terms of the Prudential Plan and inform the court of the agreed-upon amount.

  FURTHER, the court DIRECTS the Clerk to enter judgment on Plaintiff's behalf in the amount of $69,645.79 and to close this case.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 26, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Andrew O. Whiteman<br>2626 Glenwood Avenue, Suite 500<br>Raleigh, NC 27608 | Stephen A. Dunn<br>P.O. Box 426<br>Raleigh, NC 27602 |

| | |
|---|---|
| August 26, 2009<br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| | /s/ Susan K. Edwards<br>*(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |